# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133686(129)

RAQUEL RODRIGUEZ,
        Plaintiff-Appellee,
and

PACIFIC EMPLOYERS INSURANCE,
        Intervening Plaintiff-Appellee,

v

A.S.E. INDUSTRIES, INC.,
        Defendant,
        Cross-Plaintiff-Appellant,
and

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., and AMERICAN AXLE &
MANUFACTURING, INC.,
        Defendants, Cross-Defendants,
and

DESIGN SYSTEMS, INC., INNOVATIVE
ENGINEERING, INC., and PMI MANAGEMENT
GROUP, INC.,
        Defendants.
_____

SC: 133686
COA: 263930
Wayne CC: 02-231906-CZ

On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing her brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk